STATE OF NEW JERSEY v. JOHN F. MILLER.

November 21, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN F. MILLER.

November 21, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. WARREN JORDAN.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DICKERSON.

November 21, 1986.

Petition for certification denied.

SAMUEL GEORGE BIBBY v. CHRISTOPHER DIETZ, ET AL.

November 21, 1986.

Petition for certification denied.